```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ADWEEK, LLC,                        :
                                    :
                    Plaintiff,      :   21 Civ. 528 (VM)
                                    :
    - against -                     :   ORDER
                                    :
THE FREEPORT PRESS, INC., et al.,   :
                                    :
                    Defendants.     :
-----------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

The parties are directed to submit a joint letter no later than May 28, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website.

**SO ORDERED.**

Dated:   New York, New York
         28 April 2021

_____
Victor Marrero
U.S.D.J.